J-A13025-15

COMMONWEALTH OF PENNSYLVANIA  :  IN THE SUPERIOR COURT OF
:  PENNSYLVANIA
Appellant  :
:
v.  :
:
ANTHONY MACHICOTE  :
:
Appellee  :  No. 1176 WDA 2014

Appeal from the Judgment of Sentence June 24, 2014
In the Court of Common Pleas of Mercer County
Criminal Division at No(s): CP-43-CR-0001958-2003

BEFORE:  PANELLA, J., SHOGAN, J., and OTT, J.

CONCURRING STATEMENT BY OTT, J.:  **FILED JUNE 24, 2015**

I agree with the determination of the Majority that the PCRA court had no jurisdiction to resentence Machicote, and, accordingly, we are compelled to vacate the June 24, 2014, judgment of sentence and remand for reinstatement of his original sentence.

Nevertheless, I write separately to note that, in my opinion, Machicote's August 22, 2012, PCRA petition was timely filed, pursuant to the "new constitutional right" exception to the timeliness requirements, because his second petition was filed within 60 days of the United States Supreme Court's decision in *Miller*. *See* 42 Pa.C.S. § 9545(b)(1)(iii). However, before Machicote was resentenced, the Pennsylvania Supreme Court decided *Cunningham*, and held that the United States Supreme Court's decision in *Miller* did not apply retroactively. Therefore, at the time of Machicote's resentencing hearing, the trial court had no jurisdiction due to the intervening change in the law.

Accordingly, I concur.